No. 05–7965. WARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7968. MILLER-DOUGLAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–7973. NADEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7977. RIOS RIOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7981. ARNAIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7982. BILBREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7986. JARVIS v. ADAMS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7987. LEAKE-BEY v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 05–7988. JORDAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7990. MCLEAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7992. SWARZENTRUBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7995. NODAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7996. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8003. DANIELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8005. CARRILLO, AKA CHANON RAMIREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8006. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.